UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT _____

FILED
MAY 20 2022
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

Sherry Sanders
Name of plaintiff (s)

v.

D&S Residential Services
Name of defendant (s)

Case No. 3:22-CV-177
(to be assigned by Clerk)

## COMPLAINT

1. A short and plain statement of the grounds for filing this case in federal court (include federal statutes and/or U.S. Constitutional provisions, if you know them):

Discrimination Based Retaliation

2. Plaintiff, Sherry Sanders resides at 254 S. Benedict Ave, Oak Ridge
street address / city

Anderson, TN, 37830, 865-385-5376
county / state / zip code / telephone number

(if more than one plaintiff, provide the same information for each plaintiff below)

1

3. Defendant, D & S Residential Services lives at, or its business is located at

6700 Baum Dr , Knoxville ,
<u>street address</u>                                           <u>city</u>

Knox , TN , 37701 .
<u>county</u>                                    <u>state</u>       <u>zip code</u>

(if more than one defendant, provide the same information for each defendant below)

Shonda Jeffers, Missy (HR) Rico (HR) Mavic Natalie (HR corporate office)

4. Short and plain statement of your claim (state as briefly as possible the facts of your case and how each defendant is involved. You may use additional paper if necessary):

In retaliation for filing EEOC Charge I was discharged from my employment. On or about November 2, 2021, I was called by my employer and informed that I was being discharged for my medical issues and that I was welcome to reapply when those issues resolved themself. I believe that I have been retaliated against for filing a previous complaint of discrimination in violation of Title VII of the Civil Right Act of 1964, as amended, the Age discrimination in Employment Act of 1967, as amened and the American with Disabilites Act Amendments Act Amendments Act 2008.

2

5. A demand for judgment for the relief you seek (list what you want the Court to do):

   a. _____

   _____

   b. _____

   _____

   c. _____

   _____

   d. _____

   _____

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this _Sherry Sanders_ day of _May 20_, 20_22_.

Sherry Sanders
254 S. Benedict Ave
Oak Ridge TN 37830
_Sherry Sanders_
Signature of plaintiff (s)

3