# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT KNOXVILLE

SHERRY SANDERS,                      )
                                     )
    *Plaintiff*,               )    Case Nos. 3:22-cv-176 &
                                     )           3:22-cv-177
v.                                   )
                                     )    Judge Atchley
D&S RESIDENTIAL SERVICES,            )
                                     )    Magistrate Judge McCook
    *Defendant*.               )

## JUDGMENT

The Honorable Charles E. Atchley, Jr., United States District Judge, having dismissed these consolidated actions without prejudice pursuant to Federal Rule of Civil Procedure 12(b)(5) for insufficient service of process,

It is **ORDERED AND ADJUDGED** that these actions be, and hereby are, **DISMISSED WITHOUT PREJUDICE**.

 

*/s/ Charles E. Atchley, Jr.*
CHARLES E. ATCHLEY, JR.
UNITED STATES DISTRICT JUDGE

*/s/ LeAnna Wilson*
LeAnna Wilson
CLERK OF COURT